UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. FRANCIS HOLDINGS, LLC and<br>FRANCIS J. AVERILL, M.D.,<br><br>                Plaintiffs,<br><br>    v.<br><br>CYNOSURE, INC. n/k/a CYNOSURE, LLC,<br><br>                Defendant. | CIVIL ACTION NO. 20-11747-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiffs and the defendant hereby stipulate to the dismissal of this action with prejudice and without costs. All rights of appeal with respect to this action and this Stipulation are waived.

[ remainder of page left intentionally blank ]

1

| PLAINTIFFS<br>ST. FRANCIS HOLDINGS, LLC and<br>FRANCIS J. AVERILL, M.D.<br><br>By their Attorneys,<br><br>By: */s/ John P. Connelly*<br>  John P. Connelly, BBO # 546670<br>  Molly E. Manson, BBO #696720<br>  Hinckley Allen & Snyder LLP<br>  28 State Street<br>  Boston, MA 02109<br>  T: (617) 345-9000<br>  F: (617) 345-9020<br>  jconnelly@hinckleyallen.com<br>  mmanson@hinckleyallen.com<br><br><br>By: */s/ C. Philip Campbell*<br>  C. Philip Campbell (*pro hac vice*)<br>  Jeffrey B. Fabian (*pro hac vice*)<br>  Shumaker, Loop & Kendrick, LLP<br>  101 East Kennedy Boulevard – Suite 2800<br>  Tampa, FL  33602-5126<br>  T: (813) 229-7600<br>  F: (813) 229-1660<br>  pcampbell@shumaker.com<br>  jfabian@shumaker.com | DEFENDANT<br>CYNOSURE, INC. n/k/a CYNOSURE, LLC<br><br><br>By its Attorneys,<br><br>By: */s/ Michael J. Pineault*<br>  Michael J. Pineault, BBO # 555314<br>  Anderson & Kreiger LLP<br>  50 Milk Street, 21st Floor<br>  Boston, MA 02109<br>  T: (617) 621-6578<br>  F: (617) 621-6619<br>  mpineaualt@andersonkreiger.com<br><br><br>By: */s/ Daniel S. Pariser*<br>  Daniel S. Pariser (*pro hac vice*)<br>  Jocelyn A. Wiesner (*pro hac vice*)<br>  Arnold & Porter Kaye Scholer<br>  601 Massachusetts Avenue, N.W.<br>  Washington, D.C. 20001<br>  T: (202) 942-5000<br>  F: (202) 942-5999<br>  daniel.pariser@arnoldporter.com<br>  jocelyn.wiesner@arnoldporter.com<br><br>By: */s/ Matthew Sachs*<br>   Lori Leskin (*pro hac vice*)<br>   Matthew Sachs (*pro hac vice*)<br>  Arnold & Porter Kaye Scholer<br>  250 West 55th Street<br>  New York, NY 10019<br>  T: (212) 836-7304<br>  F: (212) 836-8689<br>  lori.leskin@arnoldporter.com<br>  matthew.sachs@arnoldporter.com |
|---|---|

Dated: July 22, 2021

## CERTIFICATE OF SERVICE

    I hereby certify that this document has been filed through the ECF System and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on July 22, 2021.

                                                  /s/  John P. Connelly
                                                  John P. Connelly

61177202 v1